

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00743-CR

Sylvia **COVARRUBIAS-MONTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 20-11-08163-MCRAJA
Honorable Amado J. Abascal III, Judge Presiding

# O R D E R

The reporter's record was originally due November 10, 2022; however, the court granted the reporter, Patricia Salinas, a thirty-day extension of time to file the record. On December 13, 2022, Salinas filed a notification of late record, requesting an additional thirty-five days to file the record.

We **grant in** part Salinas' request, and we **order** reporter Salinas to file the record by **January 10, 2023**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in ordinary appeal must not exceed 30 days). Salinas is advised that the court will not grant a further extension of time unless she: (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.



MICHAEL A. CRUZ, Clerk of Court